# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 9:25-CV-80421-AMC

Plaintiff:
**NELSON FERNANDEZ**

vs.

Defendant:
**FORD MOTOR COMPANY**


OJF2025007734

For:
RODERICK V. HANNAH
RODERICK V. HANNAH, ESQ, PA
4800 N. HIATUS RD
SUNRISE, FL 33351

Received by OJF SERVICES, INC. on the 2nd day of April, 2025 at 11:29 am to be served on **FORD MOTOR COMPANY C/O CT CORPORATION SYSTEM, RA, 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324**.

I, ANDREW KARP, do hereby affirm that on the **2nd day of April, 2025** at **2:00 pm**, I:

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS, COMPLAINT AND PRESERVATION LETTER** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH**, who is **EMPLOYEE AT CT CORPORATION SYSTEM**, registered agent for **FORD MOTOR COMPANY**, at the address of: **1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2025007734

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a